# IN THE SUPREME COURT OF THE STATE OF NEVADA

DIONDREA LAMAR PARKER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 75473

**FILED**

APR 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of two counts of pandering. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant Diondrea Lamar Parker claims that his guilty plea was not knowing, intelligent, and voluntary because he did not fully understand the guilty plea agreement and his counsel used coercion, undue influence, and duress to get him to plead guilty. This claim challenges the validity of the guilty plea. Such challenges must be raised "in the district court in the first instance," *Bryant v. State*, 102 Nev. 268, 272, 721 P.2d 364, 368 (1986), unless "the error clearly appears from the record," *Smith v. State*, 110 Nev. 1009, 1010 n.1, 879 P.2d 60, 61 n.1 (1994). The record in this case does not indicate that Parker challenged the validity of the guilty

19-18808

plea in the district court. Parker has not demonstrated that the alleged error clearly appears from the record. We therefore decline to address this claim. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:  Hon. Connie J. Steinheimer, District Judge
     Carter R. King
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk